IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01164-BNB

MARSHAUN STEWART,

Applicant,

v.

GEORGE, DHO Chairperson,

Respondent.

---

ORDER OF DISMISSAL

---

Applicant, Marshaun Stewart, was formerly in the custody of the Federal Bureau of Prisons. On April 24, 2014, Mr. Stewart submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In the Application, Mr. Stewart alleges that a Disciplinary Hearing Officer revoked 26 days of earned time credits, which caused Applicant's release date to be delayed. Applicant states that he was released from prison on March 28, 2014. He appears to be residing in Clarksdale, Missouri.

On April 30, 2014, Magistrate Judge Boyd N. Boland issued an order directing Mr. Stewart to show cause, in writing and within thirty (30) days, why this action should not be dismissed because he failed to satisfy the "in custody" requirement at the time he initiated this action.

Mr. Stewart filed a response to the show cause order on May 7, 2014. (ECF No. 4). In the response, he states that he was incarcerated at USP-Florence at the time of the disciplinary hearing that he challenges in his § 2241 application.

Habeas relief under § 2241 is available only if the petitioner is "in custody" at the

time the application is filed. *See* 28 U.S.C. § 2241(c)(3); *Davis v. Roberts*, 425 F.3d 830, 834 (10th Cir. 2005) (citing *Maleng v. Cook*, 490 U.S. 488 (1989)). The "in custody" requirement is jurisdictional. *Davis*, 425 F.3d at 834. Because Mr. Stewart was not in custody at the time he initiated this action, the § 2241 application will be dismissed for lack of subject matter jurisdiction. Accordingly, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed by Marshaun Stewart, on April 24, 2014, is DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that all pending motions are DENIED as moot.

DATED May 29, 2014, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court